

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: JIMMY LEE SWEED, | § | No. 08-15-00341-CR |
| | § | ORIGINAL PROCEEDING |
| Relator. | § | ON PETITION FOR WRIT OF |
| | § | MANDAMUS |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Bonnie Rangel, Judge of the 171st District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.